# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

IN RE:  ESTATE OF )
HAROLD L. JENKINS, )
)
HUGH C. CARDEN and )
DONALD W. GARIS as )
Co-Executors of the )
Harold L. Jenkins Estate, )
)
    Plaintiffs/Appellees, )
)
VS. )
)
JONI L. JENKINS and )
KATHY L. JENKINS, )
)
    Defendants/Appellants. )

**FILED**

**May 6, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

Sumner Probate
No. 93P-30

Appeal No.
01A01-9709-CH-00500

## CONCURRING OPINION

    I concur with the Court's decision on the ground that the summaries of Harold L. Jenkins's financial records indicate a lack of trustworthiness because of their method of compilation and their incompleteness.

_____
WILLIAM C. KOCH, JR., JUDGE